UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EPICREW USA,<br><br>              Plaintiff,<br><br>       v.<br><br>CAPITAL ASSET EXCHANGE AND<br>TRADING, LLC,<br><br>              Defendant. | Case No.   5:24-cv-03676-EJD<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Epicrew USA ("Epicrew USA") brings this case against Defendant Capital Asset Exchange and Trading, LLC ("CAET") for breach of contract and other claims related to CAET's alleged failure to perform under certain agreements.  Epicrew asserts that jurisdiction in this Court is proper pursuant to 28 U.S.C. § 1332(a) "as the controversy is between a foreign citizen and a U.S. citizen, and the amount in controversy exceeds $75,000, exclusive of interest and costs." Complaint, ECF No. 1 ¶ 6.  However, the Complaint's caption page and the civil cover sheet reflect that the case is brought on behalf of "Epicrew *USA*" which appears to be a company based in Irvine, California.  *Id.*; *see also* ECF No. 1-1 (emphasis added).

The Court hereby ORDERS Epicrew to show cause by October 3, 2024, why this case should not be dismissed for lack of subject matter jurisdiction.  Epicrew may submit a 3-page response before the hearing on CAET's motion to dismiss scheduled for October 3, 2024 at 9:00 A.M.

**IT IS SO ORDERED.**

Dated: October 2, 2024

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:24-cv-03676-EJD
ORDER TO SHOW CAUSE

1