United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPICREW CORPORATION,<br>Plaintiff,<br>v.<br>CAPITAL ASSET EXCHANGE AND TRADING, LLC,<br>Defendant. | Case No. 24-cv-03676-EJD (SVK)<br>**ORDER RE ADMINISTRATIVE MOTION**<br>Re: Dkt. No. 87 |

Defendant's administrative motion seeking leave to file a fully-briefed motion for sanctions arising out of a discovery dispute is **DENIED** as untimely. Civ. L.R. 37-1. Although Defendant seeks evidentiary remedies, specifically the exclusion of evidence and a factual finding, Defendant's request arises out of Plaintiff's refusal to produce certain documents, which is a discovery dispute. This Order is without prejudice to Defendant seeking appropriate relief pursuant to a motion in limine as permitted by the presiding judge.

**SO ORDERED.**

Dated: November 20, 2026

SUSAN VAN KEULEN
United States Magistrate Judge